UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| FOLGERS ARCHITECTS LIMITED, | § | Case No. 13-48497 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     U.S. Bankruptcy Court
     DIrksen Federal Building
     219 S. Dearborn St.
     Room 713
     Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/28/2015 in Courtroom 744,

     United States Courthouse
     219 S. Dearborn St
     Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/13/2015                By: ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
FOLGERS ARCHITECTS LIMITED, § Case No. 13-48497
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 43,733.01 |
| and approved disbursements of | $ 406.96 |
| leaving a balance on hand of[1] | $ 43,326.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 5,123.30 | $ 0.00 | $ 5,123.30 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 3,895.50 | $ 0.00 | $ 3,895.50 |
| Accountant for Trustee Expenses: Popowcer Katten, Ltd. | $ 10.99 | $ 0.00 | $ 10.99 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,029.79 |
| Remaining Balance | | $ | 34,296.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,717.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 10,414.96 | $ 0.00 | $ 459.40 |
| 000002A | Kenneth N. Folgers | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 000003A | Marcia M. Pappalardo | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 000004 | Steven R. McGlasson | $ 8,450.01 | $ 0.00 | $ 8,450.01 |
| 000005 | Michael T. Cukla | $ 323.06 | $ 0.00 | $ 323.06 |
| AUTO | Internal Revenue Service | $ 488.99 | $ 0.00 | $ 21.57 |
| AUTO | Internal Revenue Service | $ 2,090.83 | $ 0.00 | $ 92.22 |
| | Total to be paid to priority creditors | | $ | 34,296.26 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,283.17 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 9,047.92 | $ 0.00 | $ 0.00 |
| 000003A | Marcia M. Pappalardo | $ 1,028.25 | $ 0.00 | $ 0.00 |
| 000002A | Kenneth N. Folgers | $ 26,207.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                               Case No. 13-48497-ERW
Folgers Architects Limited                                           Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster              Page 1 of 2                   Date Rcvd: Mar 16, 2015
                               Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2015.
db             #+Folgers Architects Limited,    819 S. Wabash Ave.,   Suite 700,   Chicago, IL 60605-2153
21350142        AT&T Phone,    Bill Payment Center P.O. Box 8100,   Aurora, IL 60507-8100
21350143        AT&T U-VERSE Internet,    P.O. Box 5014,   Carol Stream, IL 60197-5014
21350138       +Advance Fire & Security,    12540 Holiday DR Unit C,   Alsip, IL 60803-3252
21350140       +Aramark,   1851 Howard St.,   Elk Grove Village, IL 60007-2480
21350141       +Argus,   1300 NW Jefferson Court Suite 100,    Blue Springs, MO 64015-7215
21350146        BNP Associates, Inc.,    14 Fairfield DR 14 Fairfield DR,   Brookfield, CT 06804
21350145        Blue Cross & Blue Shield of IL,    Healthcare Service Corporation,   25550 Network Place,
                 Chicago, IL 60673-1255
21350147       +C & L Printing Inc.,    228 S Wabash AV Suite 260,   Chicago, IL 60604-2398
21350148       +Cannon Business Solutions,    15004 Collections Center DR,   Chicago, IL 60693-0150
21350149       +Carnow Conibear,    600 W Van Buren ST Suite 500,   Chicago, IL 60607-3706
21350150       +Computer Analytics,    999 E Touhy AV Suite 130,   Des Plaines, IL 60018-2700
21350151       +Cornerstone Engineering,    100 W Monroe ST Suite 501,   Chicago, IL 60603-1965
21350152       +David J. Camarena,    3808 W 84TH ST,   Chicago, IL 60652-3214
21350153       +Dearborn National Life,    36788 Eagle Way,   Chicago, IL 60678-1367
21350154       +Digital Imaging,    650 W Lake Street,   Chicago, IL 60661-1000
21350155       +Digital Imaging Resources,    650 W Lake Street Suite 120,   Chicago, IL 60661-1027
21350156       +Dynamex,   12837 Collections Center Drive,   Chicago, IL 60693-0128
21350157       +E S D,   175 W Jackson Blvd,   Chicago, IL 60604-2766
21350158       +East-West University/Loftrium,    819 S Wabash AV Suite 610,   Chicago, IL 60605-2184
21350159       #+Hanrath & Sinn,    21381 Hawthorne Lane,   Kildeer, IL 60047-9317
21350160       +Hartman Electric Co., Inc.,    30 Martin Lane,   Elk Grove Village, IL 60007-1308
21350161       +Hinkle Engineering,    8167 S Cass,   Darien, IL 60561-5012
21350162        Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                 Chicago, IL 60664-0338
21350164       +International Test & Balance,    380 Northwest Highway,   Des Plaines, IL 60016-2290
21350165       +Kenneth N. Folgers,    c/o Elan Law Group,   73 W Monroe,   Chicago, IL 60603-4910
21350166       +Kent Consulting Engineers,    20 N Wacker DR Suite 3100,   Chicago, IL 60606-3182
21350167       +Kent D. Folgers,    9324 S Longwood DR,   Chicago, IL 60643-6339
21350168       +Marcia M. Pappalardo,    c/o Elan Law Group,   73 W Monroe,   Chicago, IL 60603-4910
21350171       +Michael T. Cukla,    c/o Elan Law Group,   73 W Monroe,   Chicago, IL 60603-4910
21350174       +NELCO,   P.O. Box 1157,   Grand Rapids, MI 49501-1157
21350172       +Nathaniel T. Pappalardo,    212 E Elm AV,   LaGrange, IL 60525-6426
21350175        Pitney Bowes,    P.O. Box 371874,   Pittsburgh, 15250-7874
21350176       +Pitney Bowes Global,    P.O. Box 371872,   Pittsburgh, PA 15250-7887
21350177       +Popowcer Katten, Ltd,    35 E Wacker DR Suite 1550,   Chicago, IL 60601-2124
21350178       +RSM McGladrey,    20 N Martingale RD #500,   Schaumburg, IL 60173-2420
21350179       +Sako & Associates,    600 W Fulton Suite 500,   Chicago, IL 60661-1242
21350180       +Shell Fleet,    P.O. Box 183019,   Columbus, OH 43218-3019
21350182       +State of Illinois Capital Dev Board,    100 West Randolph,   14th Floor,
                 Chicago, IL 60601-3232
21350183       +Steven R. McGlasson,    c/o Elan Law Group,   73 W Monroe,   Chicago, IL 60603-4910
21350184       +T & M Associates, Inc.,    105 W MADISON ST SUITE 950,   Chicago, IL 60602-4664
21350186       +TGRWA,   600 W VanBuren #900,   Chicago, IL 60607-3707
21350185       +Technical Design Services, Inc.,    1075 Shore Road SUITE A,   Naperville, IL 60563-8758
21350187       +United Parcel Service,    Lockbox 577,   Carol Stream, IL 60132-0577
21350189       +WMA Engineering,    815 S Wabash Av,   Chicago, IL 60605-2112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21350163        E-mail/Text: cio.bncmail@irs.gov Mar 17 2015 01:38:31     Internal Revenue Service,
                 230 S Dearborn Street,   Ste 3030,   Chicago, IL 60604
21350173       +E-mail/Text: les.rogoff@nrinet.com Mar 17 2015 01:40:04     National Reprographics Inc.,
                 44 W 18th Street,   New York, NY 10011-4694
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown Covey Gaertner & Davis LLC
21350169*      +Marcia M. Pappalardo,    c/o Elan Law Group,   73 W Monroe,   Chicago, IL 60603-4910
21350139       ##+Alpha Engineering Ltd,    28 E Jackson Blvd Suite 1300,   Chicago, IL 60604-2284
21350144       ##+Baldi & Associates,    19 S LaSalle ST #1500,   Chicago, IL 60603-1413
21350170       ##+Marcus Perres,   19 S LaSalle St Suite 1500,   Chicago, IL 60603-1413
21350181       ##+Sigma Engineering, Inc.,    28 E Jackson Blvd Suite 1902,   Chicago, IL 60604-2273
21350188       ##+Vanek, Vickers & Masini,    111 S Wacker Dr Suite 4050,   Chicago, IL 60606-4418
                                                                                   TOTALS: 1, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 2                Date Rcvd: Mar 16, 2015
                               Form ID: pdf006            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2015 at the address(es) listed below:

        David  Brown, ESQ   on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com, jkrafcisin@springerbrown.com

        Helena   Milman    on behalf of Debtor    Folgers Architects Limited hmilman@elanlawgroup.com, hmilman@pacernotice.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Robert B Katz, ESQ    rkatztrustee@gmail.com,   rkatz@ecf.epiqsystems.com

        TOTAL: 4