UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FOLGERS ARCHITECTS LIMITED, § Case No. 13-48497
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter    on          . The case was pending for     months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/Robert B. Katz, Trustee_____
                                                                          Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ARTHUR B. LEVINE COMPANY | | | | | |
| ASSOCIATED BANK | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 S Dearborn Street Ste 3030 Chicago, IL 60604 | | | | | |
| | Internal Revenue Service 230 S Dearborn Street Ste 3030 Chicago, IL 60604 | | | | | |
| | Kenneth N. Folgers 1135 Bonnie Brae Place River Forest, IL 60305 | | | | | |
| | Marcia M. Pappalardo 212 E. Elm Avenue La Grange, IL 60525 | | | | | |
| | Michael T. Cukla 2022 W Division ST, Apt 1B Chicago, IL 60622 | | | | | |
| | Steven R. McGlasson 3324 Sunnyside AV Brookfield, IL 60513 | | | | | |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| AUTO | IRS - KANSAS CITY | | | | | |
| 000002A | KENNETH N. FOLGERS | | | | | |
| 000003A | MARCIA M. PAPPALARDO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | MICHAEL T. CUKLA | | | | | |
| 000004 | STEVEN R. MCGLASSON | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | IRS - KANSAS CITY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Phone Bill Payment Center P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | AT&T U-VERSE Internet P.O. Box 5014 Carol Stream, IL 60197-5014 | | | | | |
| | Advance Fire & Security 12540 Holiday DR Unit C Alsip, IL 60803 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpha Engineering Ltd 28 E Jackson Blvd Suite 1300 Chicago, IL 60604 | | | | | |
| | Aramark 1851 Howard St. Elk Grove Village, IL 60007 | | | | | |
| | Argus 1300 NW Jefferson Court Suite 100 Blue Springs, MO 64015 | | | | | |
| | BNP Associates, Inc. 14 Fairfield DR 14 Fairfield DR Brookfield, CT 06804 | | | | | |
| | Baldi & Associates 19 S LaSalle ST #1500 Chicago, IL 60603 | | | | | |
| | Blue Cross & Blue Shield of IL Healthcare Service Corporation 25550 Network Place Chicago, IL 60673-1255 | | | | | |
| | C & L Printing Inc. 228 S Wabash AV Suite 260 Chicago, IL 60604 | | | | | |
| | Cannon Business Solutions 15004 Collections Center DR Chicago, IL 60693 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carnow Conibear 600 W Van Buren ST Suite 500 Chicago, IL 60607 | | | | | |
| | Computer Analytics 999 E Touhy AV Suite 130 Des Plaines, IL 60018 | | | | | |
| | Cornerstone Engineering 100 W Monroe ST Suite 501 Chicago, IL 60603 | | | | | |
| | David J. Camarena 3808 W 84TH ST Chicago, IL 60652 | | | | | |
| | Dearborn National Life 36788 Eagle Way Chicago, IL 60678 | | | | | |
| | Digital Imaging Resources 650 W Lake Street Suite 120 Chicago, IL 60661 | | | | | |
| | Dynamex 12837 Collections Center Drive Chicago, IL 60693 | | | | | |
| | E S D 175 W Jackson Blvd Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | East-West University/Loftrium 819 S Wabash AV Suite 610 Chicago, IL 60605 | | | | | |
| | Hanrath & Sinn 21381 Hawthorne Lane Kildeer, IL 60047 | | | | | |
| | Hartman Electric Co., Inc. 30 Martin Lane Elk Grove Village, IL 60007 | | | | | |
| | Hinkle Engineering 8167 S Cass Darien, IL 60561 | | | | | |
| | International Test & Balance 380 Northwest Highway Des Plaines, IL 60016 | | | | | |
| | Kent Consulting Engineers 20 N Wacker DR Suite 3100 Chicago, IL 60606 | | | | | |
| | Kent D. Folgers 9324 S Longwood DR Chicago, IL 60620 | | | | | |
| | Marcia M. Pappalardo 212 E Elm Ave LaGrange, IL 60525 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marcus Perres 19 S LaSalle St Suite 1500 Chicago, IL 60603 | | | | | |
| | NELCO P.O. Box 1157 Grand Rapids, MI 49501 | | | | | |
| | Nathaniel T. Pappalardo 212 E Elm AV LaGrange, IL 60525 | | | | | |
| | National Reprographics Inc. 44 W 18th Street New York, NY 10011 | | | | | |
| | Pitney Bowes Global P.O. Box 371887 Pittsburgh, PA 15250 | | | | | |
| | Pitney Bowes P.O. Box 371874 Pittsburgh 15250-7874 | | | | | |
| | Popowcer Katten, Ltd 35 E Wacker DR Suite 1550 Chicago, IL 60601 | | | | | |
| | RSM McGladrey 20 N Martingale RD #500 Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sako & Associates 600 W Fulton Suite 500 Chicago, IL 60661 | | | | | |
| | Shell Fleet P.O. Box 183019 Columbus, OH 43218 | | | | | |
| | Sigma Engineering, Inc. 28 E Jackson Blvd Suite 1902 Chicago, IL 60604 | | | | | |
| | T & M Associates, Inc. 105 W MADISON ST SUITE 950 Chicago, IL 60602 | | | | | |
| | TGRWA 600 W VanBuren #900 Chicago, IL 60607 | | | | | |
| | Technical Design Services, Inc. 1075 Shore Road SUITE A Naperville, IL 60563 | | | | | |
| | United Parcel Service Lockbox 577 Carol Stream, IL 60132 | | | | | |
| | Vanek, Vickers & Masini 111 S Wacker Dr Suite 4050 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WMA Engineering 815 S Wabash Av Chicago, IL 60605 | | | | | |
| 000001B | INTERNAL REVENUE SERVICE | | | | | |
| 000003A | MARCIA M. PAPPALARDO | | | | | |
| 000002A | KENNETH N. FOLGERS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-48497  ERW  Judge: EUGENE R. WEDOFF | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | FOLGERS ARCHITECTS LIMITED, | Date Filed (f) or Converted (c): 12/19/13 (f) |
| | | 341(a) Meeting Date: 02/06/14 |
| For Period Ending: | 07/24/15 | Claims Bar Date: 07/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. CHECKING ACCOUNT | 139.00 | 0.00 | | 0.00 | FA |
| Operating Account, Amalgamated Bank of Chicago | | | | | |
| 14. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| Payroll Account, Amalgamated Bank of Chicago | | | | | |
| 15. CHECKING ACCOUNT | 76.82 | 0.00 | | 0.00 | FA |
| First American Bank, Operating Account | | | | | |
| 16. ACCOUNTS RECEIVABLE | 34,988.48 | 0.00 | | 43,733.01 | FA |
| 17. Client List | Unknown | 0.00 | | 0.00 | FA |
| 18. AUTOMOBILES AND OTHER VEHICLES | 2,946.00 | 0.00 | | 0.00 | FA |
| 2000 Chrystler Town & Country Van | | | | | |
| 19. OFFICE EQUIPMENT | 6,720.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $44,870.30 | $0.00 | | $43,733.01 | $0.00 |

LFORM1                                                                                                                                  Ver: 18.05

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 13-48497 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FOLGERS ARCHITECTS LIMITED, | | | | Date Filed (f) or Converted (c): | 12/19/13 (f) |
| | | | | | 341(a) Meeting Date: | 02/06/14 |
| | | | | | Claims Bar Date: | 07/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR Filed 3/12/15

Hearing on TFR 4/28/15.

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 06/30/15

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 18.05

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-48497 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | FOLGERS ARCHITECTS LIMITED, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7076 Checking Account |
| Taxpayer ID No: | *******5398 | | | |
| For Period Ending: | 07/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | 16 | Nathaniel T. Pappalardo<br>700 Busse Rd<br>Elk Grove Village, Il 60007 | ACCOUNTS RECEIVABLE | 1121-000 | 29,983.86 | | 29,983.86 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.81 | 29,945.05 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.08 | 29,901.97 |
| * 07/15/14 | | Folgers Architechts | ACCOUNTS RECEIVABLE<br>Bank Serial #: | 1290-003 | 10,559.15 | | 40,461.12 |
| * 07/15/14 | | Folger Architects | ACCOUNTS RECEIVABLE<br>Bank Serial #: | 1290-003 | 10,559.15 | | 51,020.27 |
| 07/15/14 | 16 | Folgers Architects | ACCOUNTS RECEIVABLE<br>Bank Serial #: | 1121-000 | 10,559.15 | | 61,579.42 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.06 | 61,526.36 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.07 | 61,466.29 |
| * 09/15/14 | | Folgers Architechts | ACCOUNTS RECEIVABLE | 1290-003 | -10,559.15 | | 50,907.14 |
| * 09/15/14 | | Folger Architects | ACCOUNTS RECEIVABLE | 1290-003 | -10,559.15 | | 40,347.99 |
| 09/23/14 | 16 | United<br>PO Box 4607<br>Houston, TX 77210 | ACCOUNTS RECEIVABLE | 1121-000 | 3,190.00 | | 43,537.99 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.82 | 43,479.17 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.64 | 43,414.53 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.46 | 43,352.07 |
| 02/10/15 | 010001 | Arthur B. Levine Company | Bond<br>Blanket Bond Disbursement | 2300-000 | | 26.02 | 43,326.05 |
| 04/29/15 | 010002 | Popowcer Katten, Ltd.<br>35 E. Wacker Dr., Ste. 1550<br>Chicago, IL 60601-2207 | Claim 000008, Payment 100.00000% | 3410-000 | | 3,895.50 | 39,430.55 |
| 04/29/15 | 010003 | Popowcer Katten, Ltd.<br>35 E. Wacker Dr., Ste. 1550 | Claim 000009, Payment 100.00000% | 3420-000 | | 10.99 | 39,419.56 |

Page Subtotals    43,733.01    4,313.45

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-48497 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | FOLGERS ARCHITECTS LIMITED, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7076  Checking Account |
| Taxpayer ID No: | *******5398 | | | |
| For Period Ending: | 07/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/15 | 010004 | Chicago, IL 60601-2207<br>ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1320<br>CHICAGO, IL 60604 | Claim 000010, Payment 100.00000% | 2100-000 | | 5,123.30 | 34,296.26 |
| 04/29/15 | 010005 | Kenneth N. Folgers<br>c/o Elan Law Group<br>73 W Monroe<br>Chicago, IL 60603 | Claim 000002A, Payment 100.00000% | 5300-000 | | 7,934.10 | 26,362.16 |
| 04/29/15 | 010006 | Marcia M. Pappalardo<br>c/o Elan Law Group<br>73 W Monroe<br>Chicago, IL 60603 | Claim 000003A, Payment 100.00000% | 5300-000 | | 7,934.10 | 18,428.06 |
| 04/29/15 | 010007 | Steven R. McGlasson<br>c/o Elan Law Group<br>73 W Monroe<br>Chicago, IL 60603 | Claim 000004, Payment 100.00000% | 5300-000 | | 5,374.20 | 13,053.86 |
| 04/29/15 | 010008 | Michael T. Cukla<br>c/o Elan Law Group<br>73 W Monroe<br>Chicago, IL 60603 | Claim 000005, Payment 100.00000% | 5300-000 | | 205.47 | 12,848.39 |
| 04/29/15 | 010009 | Internal Revenue Service<br>Kansas City, MO 64999 | FEDERAL INCOME TAX | 5300-000 | | 8,430.77 | 4,417.62 |
| 04/29/15 | 010010 | ILLINOIS DEPARTMENT OF REVENUE | ILLINOIS STATE TAX | 5300-000 | | 1,264.61 | 3,153.01 |
| 04/29/15 | 010011 | Internal Revenue Service<br>Kansas City, MO 64999 | MEDICARE TAX | 5300-000 | | 488.99 | 2,664.02 |
| 04/29/15 | 010012 | Internal Revenue Service<br>Kansas City, MO 64999 | SOCIAL SECURITY TAX | 5300-000 | | 2,090.83 | 573.19 |
| 04/29/15 | 010013 | Internal Revenue Service<br>230 S Dearborn Street | Claim 000001A, Payment 4.41096% | 5800-000 | | 459.40 | 113.79 |

Page Subtotals            0.00       39,305.77

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-48497 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | FOLGERS ARCHITECTS LIMITED, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7076  Checking Account |
| Taxpayer ID No: | *******5398 | | | |
| For Period Ending: | 07/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/15 | 010014 | Ste 3030<br>Chicago, IL 60604<br>Internal Revenue Service<br>Kansas City, MO  64999 | MEDICARE TAX- MATCHING | 5800-000 | | 21.57 | 92.22 |
| 04/29/15 | 010015 | Internal Revenue Service<br>Kansas City, MO  64999 | SOCIAL SECURITY TAX- MATCHING | 5800-000 | | 92.22 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 43,733.01 | 43,733.01 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 43,733.01 | 43,733.01 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 43,733.01 | 43,733.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7076 | 43,733.01 | 43,733.01 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 43,733.01 | 43,733.01 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:    /s/    Robert B. Katz, Trustee    Date: 07/24/15
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    113.79

Ver: 18.05